## CARLTON E. JOLLEY *v.* COMMISSIONER OF CORRECTION

The petitioner Carlton E. Jolley's petition for certification for appeal from the Appellate Court, 98 Conn. App. 597 (AC 26951), is denied.

*Carlton E. Jolley*, pro se, in support of the petition.

Decided April 12, 2007

## MARLENE SCRIVANI ET AL. *v.* ANDREW VALLOMBROSO

The defendant's petition for certification for appeal from the Appellate Court, 99 Conn. App. 645 (AC 26315), is denied.

*Campbell D. Barrett* and *Kevin W. Hadfield*, in support of the petition.

*Bradley K. Cooney*, in opposition.

Decided April 12, 2007

## STATE OF CONNECTICUT *v.* CECIL J.

The defendant's petition for certification for appeal from the Appellate Court, 99 Conn. App. 274 (AC 26510), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court properly excluded evidence of prior sexual conduct pursuant to the rape shield statute?"

The Supreme Court docket number is SC 17890.

*Darcy McGraw*, special public defender, in support of the petition.

*Michele C. Lukban*, senior assistant state's attorney, in opposition.

Decided April 12, 2007